No. 83–1845 (A–455). STEPHENS *v.* KEMP, SUPERINTENDENT, GEORGIA DIAGNOSTIC AND CLASSIFICATION CENTER, *ante,* p. 1043. Petition for rehearing denied. Supplementary application for stay of execution of sentence of death denied. JUSTICE BLACKMUN and JUSTICE STEVENS would grant the supplementary application for stay of execution pending the ultimate resolution of the cases now pending in the United States Court of Appeals for the Eleventh Circuit and cited in JUSTICE BRENNAN's earlier dissent, *ante,* this page.

JUSTICE BRENNAN, with whom JUSTICE MARSHALL joins, dissenting.

Adhering to my view that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth

and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227 (1976) (BRENNAN, J., dissenting), I would grant the supplementary application for stay of execution. But even if I believed otherwise, I would grant the supplementary application for the reasons set forth in my earlier dissents in this case. See *ante*, p. 1043; *ante*, p. 1099.